IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **QUESTAR GAS COMPANY, et al.** | * |
| **Plaintiffs** | * |
| v. | * |
| **PINNACLE TECHNICAL RESOURCES, INC., et al.** | *   Case No.: 25-CV-00395-REP |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND RESPONSE DATE**

Defendant Tokio Marine Specialty Insurance Company respectfully requests an extension of the date by which it must file a responsive pleading to the Complaint, and states as follows:

1. On May 23, 2025 Plaintiff filed the Complaint.

2. The Defendant was served on June 24, 2025.

3. Defendant's responsive pleading is due on July 15, 2025.

4. Undersigned counsel has requested, and received consent from, Plaintiff's counsel to extend the due date for a responsive pleading to July 29, 2025.

5. Neither party will be prejudiced by the requested extension.

Wherefore, Defendant respectfully requests that this Court grant the Consent Motion to Extend Response Date and extend Defendant's deadline for filing a responsive pleading to July 29, 2025.

                                          */s/ Margaret Fonshell Ward*
                                          Margaret Fonshell Ward, AIS No. 8712010649
                                          DOWNS WARD BENDER HERZOG & KINTIGH, P.A.
                                          Executive Plaza 3, Suite 400
                                          11350 McCormick Road
                                          Hunt Valley, Maryland 21031
                                          P:  410-584-2800 | F:  410-584-2020
                                          mward@downs-ward.com
                                          *Attorneys for Defendant Tokio Marine Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 15th day of July, 2025, a copy of the foregoing Consent Motion was served electronically via ECF on all counsel of record and mailed to:

    TalentBurst, Inc.

    Hanover Insurance Company


                                          */s/ Margaret Fonshell Ward*
                                          Margaret Fonshell Ward