UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

QUESTAR GAS COMPANY FORMERLY )
d/b/a DOMINION ENERGY UTAH and )
DOMINION ENERGY SERVICES, INC. )
)
    *Plaintiffs,*    )    Civil Action No.: 3:25-cv-00395-REP
)
v. )
)
PINNACLE TECHNICAL RESOURCES, )
INC., *et al.,* )
)
    *Defendants.*    )
_____)

## ORDER

Upon consideration of Defendants/Counter-Plaintiffs, Pinnacle Technical Resources, Inc. and Hanover Insurance Company's ("Hanover") Motion to Excuse Local Counsel from February 4, 2026, Settlement Conference, any response thereto, and any hearing thereon, it is this ___16th___ day of ___January___, 2026, by the United States District Court for the Eastern District of Virginia hereby

[✓] **ORDERED** that Defendants/Counter-Plaintiffs' Motion to Excuse Local Counsel from February 4, 2026, settlement conference is **GRANTED**; and it is further

[✓] **ORDERED** that Local Counsel, Catherine E. Donnelly is excused from attending the February 4, 2026, settlement conference.

[ ] **ORDERED** that Local Counsel, Catherine E. Donnelly is permitted to participate in the February 4, 2026, settlement conference by remote means, provided that lead counsel for Defendants/Counter-Plaintiffs appears in person.

This Order applies only to the February 4, 2026 appearance and all other requests to excuse local counsel must be resolved by the presiding judge.

                                                  /s/
                                      Douglas E. Miller
                                      Douglas E. Miller
                                      United States Magistrate Judge